IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TERRY L. BREWER, also known as Terry La'monzie Brewer,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN AARON PINEIRO, Coastal State Prison, in his individual and official capacities; T. FLETCHER, Mental Health Director of Coastal State Prison, in his individual and official capacities; DR. FAST, Mental Health Psy Dr. of Coastal State Prison, in his individual and official capacities; LT. BROWN, in his individual and official capacities; and GEORGIA DEPARTMENT OF CORRECTIONS, Office of Health Services – Clinical Staff(s), in its individual and official capacities;<br><br>    Defendants. | CASE NO. CV422-264 |

## O R D E R

Before the Court is the Magistrate Judge's May 1, 2023, Report and Recommendation (Doc. 28), to which no objections have been filed. After a careful review of the record,[1] the report and

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v.

recommendation (Doc. 28) is **ADOPTED** as the Court's opinion in this case. Defendant Georgia Department of Corrections **DISMISSED**. Plaintiff's Motion for Emergency Injunction is **DENIED**. (Doc. 10.) Defendant Tia Fletcher's first Motion to Dismiss is **DENIED AS MOOT**. (Doc. 21.) Defendant Fletcher's Renewed Motion to Dismiss remains pending. (Doc. 31.)

SO ORDERED this 22nd day of June 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam)) (outlining the standard of review for report and recommendations).