UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2023 OCT 25 A 10:17

CLERK_____
SO. DIST OF GA.

TERRY L. BREWER,              )
                              )
        Plaintiff,            )
                              )
v.                            )         CV422-264
                              )
WARDEN AARON                  )
PINEIRO, et al.,              )
                              )
        Defendants.           )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 48), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. Defendants Pineiro and Brown's Motion to Dismiss is **DENIED**. Doc. 39.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of October, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA