UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TERRY L. BREWER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV422-264 |
| WARDEN AARON PINEIRO, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 59), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. (Doc. no. 59.) Defendant Fletcher's Motion to Dismiss is **GRANTED**. (Doc. no. 31.) Defendant Fass'[1] Motion to Dismiss is **GRANTED**. (Doc. no. 46.) Therefore, Defendant Fletcher and Defendant Fass, identified on the docket as Defendant "Fast," are **DISMISSED**. Brewer's claims against Defendants Pineiro and Brown remain pending. (<u>See</u> doc. no. 59 at 30-31.)

**ORDER ENTERED** at Augusta, Georgia, this 25th day of March, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant Fass was identified as Defendant "Fast" in Brewer's Second Amended Complaint. (Doc. no. 23 at 1-2.)